SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company,
A. G. Edwards & Sons, Inc. Long-Term
Disability Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN,<br><br>    Defendants. | CASE NO. 2:07-cv-00561-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Judge:        Hon. William B. Shubb<br>Courtroom:  5, 14th Floor |

Plaintiff Jerry Chapman and defendants Metropolitan Life Insurance Company and A.G. Edwards & Sons, Inc. Long Term Disability Plan (collectively, the "parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, a Scheduling Conference is currently set to take place on May 7, 2007 at 1:30 p.m.;

WHEREAS, on April 18, 2007, the parties filed a stipulation pursuant to L.R. 6-144(a) providing a 30-day extension of time for defendants to respond to plaintiff's complaint, and defendants' responsive pleading is currently due by May 18, 2007;

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties were informed by the Court's clerk that June 18, 2007 is an
2  available date to reschedule the Scheduling Conference, and none of the parties will be prejudiced
3  if the Scheduling Conference is continued to that date;
4  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
5  vacate the Scheduling Conference currently set for May 7, 2007 at 1:30 p.m. and reschedule the
6  Scheduling Conference to take placed June 18, 2007 at 1:30 p.m., with all related deadlines to be
7  based on the rescheduled date.
8  IT IS SO AGREED AND STIPULATED.
9  DATED: April __, 2007        SHERNOFF BIDART & DARRAS, LLP

11  By: _____
    Frank N. Darras
12  Attorneys for Plaintiff, Jerry Chapman

14  DATED: April __, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

16  By: _____
    Rebecca A. Hull
17  Michael N. Westheimer
    Attorneys for Defendants, Metropolitan Life Insurance
18  Company, A. G. Edwards & Sons, Inc. Long-Term
    Disability Plan

20  IT IS SO ORDERED.
21  Dated: April 27, 2007

    *[signature]*
23  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com