SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
Metropolitan Life Insurance Company,
A. G. Edwards & Sons, Inc. Long-Term
Disability Plan

FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:    (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
Jerry Chapman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHAPMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN,<br><br>          Defendants. | CASE NO. 2:07-cv-00561-WBS-GGH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>Judge:        Hon. William B. Shubb<br>Courtroom: 5, 14th Floor |

WHEREAS plaintiff Jerry Chapman and defendants Metropolitan Life Insurance

Company, A. G. Edwards & Sons, Inc. Long-Term Disability Plan(collectively "the parties")

1   were previously ordered to complete mediation by September 28, 2007;

2       WHEREAS the parties agreed on mediator Jeff Krivis;

3       WHEREAS counsel and Mr. Krivis have been in contact several times in an effort to

4   arrange the mediation, but were unable to identify a mutually-available date and time for the

5   mediation prior to the completion date;

6       WHEREAS counsel and Mr. Krivis have now agreed to a mutually-available date of

7   November 9, 2007;

8       NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court

9   grant an extension of the deadline for completing the mediation to November 27, 2007.

10  DATED:  September _5_, 2007        SHERNOFF BIDART & DARRAS, LLP

12      /s/
    FRANK N. DARRAS
    Attorneys for Plaintiff

14  DATED:  September _5_, 2007        SEDGWICK, DETERT, MORAN & ARNOLD, LLP

17      /s/
    REBECCA A. HULL
    MICHAEL N. WESTHEIMER
    Attorneys for Defendants

20      IT IS SO ORDERED.

21  DATED:  September 6, 2007

23  WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE