FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHAPMAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN,<br><br>             Defendants. | Case No.: 2:07-CV-00561-WBS-GGH<br><br>JOINT STIPULATION TO CONTINUE TIME TO COMPLETE SETTLEMENT; AND ~~PROPOSED~~ ORDER<br><br>Date Action Filed:   March 22, 2007<br>Trial Date:              February 26, 2008 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff JERRY CHAPMAN and Defendants METROPOLITAN LIFE INSURANCE COMPANY and A. G. EDWARDS & SONS, INC. LTD PLAN, by and through their respective counsel of record, hereby stipulate and respectfully request that the date to complete settlement regarding this action be continued for thirty days.  The date to complete settlement in this matter is presently scheduled for December 10, 2007.  The parties are working diligently and expect to have the settlement finalized within the next thirty days.  The parties respectfully request a brief continuance of the time to complete the settlement process from December 10, 2007 to January 9, 2008, in

order to allow the parties to finalize the settlement.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the time to complete the settlement process date currently set for December 10, 2007 to January 9, 2008.

DATED: December 10, 2007  SHERNOFF BIDART & DARRAS, LLP

/s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff

DATED: December 10, 2007  SEDGWICK, DETERT, MORAN & ARNOLD LLP

/s/ Michael N. Westheimer
REBECCA A. HULL
MICHAEL N. WESTHEIMER
Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the date for the parties to complete the settlement process currently set for December 10, 2007 is continued to January 9, 2008.

**IT IS SO ORDERED.**

DATED: December 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Jerry Chapman v. Met Life
Case No: 2:07-CV-00561-WBS-GGH

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **December 10, 2007**, I served the foregoing document described as:

JOINT STIPULATION TO CONTINUE TIME TO COMPLETE SETTLEMENT; AND PROPOSED ORDER

on all interested parties in this action by placing [ ] the original  [ x ]a true copy  thereof enclosed in sealed envelopes addressed as follows:

**Rebecca A. Hull, Esq.**
**Michael N. Westheimer, Esq.**
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
**One Market Plaza**
**Steuart Tower, 8th Floor**
**San Francisco, CA  94105**
**Phone: (415) 781-7900**
**Fax: (415) 781-2635**

**Attorneys for Defendants: METROPOLITAN LIFE INSURANCE COMPANY and A. G. EDWARDS & SONS, INC. LTD PLAN**

[ x ]BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto.  A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **December 10, 2007**, at Ontario, California.

                                                      /s/ Catherine Carvalho
                                                    Catherine Carvalho