FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
Suite 300
3257 East Guasti Road
Ontario, CA  91761
Telephone:   909.390.3770
Facsimile:    909.974.2121


Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JERRY CHAPMAN,<br><br>                Plaintiff,<br><br>       vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN,<br><br>                Defendant | Case No.: 2:07-CV-00561-WBS-GGH<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT:

    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff JERRY CHAPMAN, and defendants METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.


/ / /



/ / /

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  December 28, 2007       SHERNOFF BIDART & DARRAS, LLP


/s/ Frank N. Darras (as authorized 12/28/07)
FRANK N. DARRAS
Attorneys for Plaintiff: JERRY CHAPMAN

Dated:  December 28, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP


/s/ Rebecca A. Hull
REBECCA A. HULL
MICHAEL N. WESTHEIMER
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY; A. G. EDWARDS & SONS, INC. LTD PLAN,


# O R D E R

**IT IS SO ORDERED.**

Dated:  December 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE